IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                Plaintiff, )<br>                       )<br>   vs. )<br>                       )<br>LUCIANO ARREOLA, )<br>                Defendant. )<br>_____) | Case No. 10-40032-01-RDR |

## ORDER ALLOWING NOTICE OF APPEAL
## TO BE FILED OUT OF TIME

This matter comes on for consideration of the defendant's Motion to File Notice of Appeal Out of Time. The Court, after being well and duly advised in the premises, finds that good cause exists for the motion and determines that the motion should be granted.

**IT IS THEREFORE ORDERED** that counsel for the defendant, Luciano Arreola, shall be allowed to file his Notice of Appeal out of time.

Dated this 23rd day of March, 2011.

                                                  s/Richard D. Rogers
                                                United States District Judge